## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 22-00859 |
| April Brownlee | Chapter 7 |
| Debtor(s). | Honorable LaShonda A. Hunt |

### TRUSTEE'S REPORT TO MAKE OF RECORD CORRECTIONS TO INACCURATE INFORMATION LISTED ON THE SCHEDULES AND/OR STATEMENT OF FINANCIAL AFFAIRS AND/OR VOLUNTARY PETITION BASED UPON TESTIMONY AT THE 341(A) MEETING

Cindy M. Johnson, not individually, but as Trustee of the bankruptcy estate of the above captioned Debtor (hereafter "Trustee") submits this Report regarding testimony given by the above Debtor(s) at the 341(a) meeting held on February 22, 2022 which evidences that the Debtor(s) filings in this case do not accurately reflect those particular certain matters on which conflicting testimony was given.

Trustee directed, at the 341(a) meeting, that amendments be made to the affected paperwork but, as of the filing of this document same had not been done.

----------------------------------

Debtor has counsel of record in this case

Voluntary Petition Box 11 is incorrect. Debtor does rent.
_____

Schedule A/B should list the following:

Part 4, Item 22 should list a security deposit of $1,150.00

Schedule G should show that the debtor does have an executory contract
with a residential landlord.

The Statement of Financial Affairs should list the following:
Part 1 Item 2 should show 404 Yorkshire Sq., Bolingbrook, IL 60440 as a previous address within 3 years of the date of the filing of the case

Any follow up questions on the above information should be directed to debtor's counsel David Freydin (630)516-9990 david.freydin@freydinlaw.com.

                Respectfully submitted,

                Cindy M. Johnson, not individually but as
                Chapter 7 Trustee of April Brownlee

                /s/    Cindy M. Johnson
Cindy M. Johnson                 Chapter 7 Trustee
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, Illinois 60603
(312) 345-1306